Calvin SELLARS, Petitioner-Appellee,

v.

W. J. ESTELLE, Jr., Director, Texas Department of Corrections, Respondent-Appellant.

No. 78–1118.

United States Court of Appeals, Fifth Circuit.

March 23, 1979.

Rehearing and Rehearing En Banc Denied April 20, 1979.

John L. Hill, Atty. Gen., Joe B. Dibrell, David M. Kendall, Jr., Douglas M. Becker, Asst. Attys. Gen., Austin, Tex., William Burge, Asst. Dist. Atty., Harris County, Calvin A. Hartmann, Houston, Tex., for respondent-appellant.

Larry Watts, Houston, Tex. (Court-appointed), Charles Alan Wright, Austin, Tex., for petitioner-appellee.

Before COLEMAN, GOLDBERG and GODBOLD, Circuit Judges.

PER CURIAM:

This case was orally argued in Dallas on March 5, 1979. The opinion of the District Court is reported, *Sellars v. Estelle*, 450 F.Supp. 1245 (S.D.Tex., 1977) and *Sellars v. Estelle*, 450 F.Supp. 1262 (S.D.Tex., 1978).

Upon consideration of the record, briefs, and oral argument, we affirm on the basis of the findings, conclusions, and published opinions of the District Court.

AFFIRMED.

■

Clay L. SHAW, Plaintiff-Appellee,

v.

Jim GARRISON et al., Defendants-Appellants.

No. 75–2019.

United States Court of Appeals, Fifth Circuit.

March 26, 1979.

Malcolm W. Monroe, Michael L. Goldblatt, New Orleans, La., for Robertson, defendant-appellant.

Peter J. Butler, New Orleans, La., for defendants-appellants.

Jim Garrison, pro se.

Joseph M. Rault, Jr., pro se.

F. Irvin Dymond, Edward F. Wegmann, William J. Wegmann, Salvatore Panzeca, New Orleans, La., for plaintiff-appellee.

ON REMAND FROM THE SUPREME COURT OF THE UNITED STATES

Before WISDOM and INGRAHAM, Circuit Judges, and GROOMS,* District Judge.

BY THE COURT:

The Supreme Court of the United States, 436 U.S. 584, 98 S.Ct. 1991, 56 L.Ed.2d 554, having reversed the judgment of this Court of January 24, 1977, 545 F.2d 980, and having remanded the cause to this Court for further proceedings in accordance with its opinion,

IT IS NOW HERE ORDERED AND ADJUDGED that the opinion and judgment of this Court of January 24, 1977 are withdrawn and vacated, and the judgment of the District Court appealed from in this cause, 391 F.Supp. 1353, is reversed, and the cause remanded to the District Court with directions to dismiss the action.

Reversed and Remanded.

---

* District Judge of the United States District Court for the Northern District of Alabama, sitting by designation.